United States District Court
Southern District of Texas
**ENTERED**
January 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SUSAN HERING, | § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-cv-175 |
| SHELL FEDERAL CREDIT UNION, | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

The plaintiff failed to appear at the court-ordered initial scheduling conference or at the subsequent court-ordered show-cause hearing.

Rule 41(b) of the Federal Rules of Civil Procedure allows a district court to dismiss an action *sua sponte* for failure to prosecute or for failure to follow orders of the court. Fed. R. Civ. P. 41(b). This authority flows from the court's inherent power to manage its docket. *See Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998); *Boudwin v. Graystone Ins. Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985). A Rule 41(b) dismissal may be with or without prejudice. *See Long v. Simmons*, 77 F.3d 878, 880 (5th Cir. 1996).

Given the plaintiff's complete disregard for this court's orders and an apparent lack of interest in pursuing this action, it is **ORDERED** this action is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for want of prosecution.

Signed on Galveston Island this 18th day of January, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE